IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **JUDE AGUGBA,** | ) | |
| | ) | |
| **Plaintiff** | ) | |
| | ) | **Case No. 2013 C 3416** |
| vs. | ) | **Judge Harry Leinenweber** |
| | ) | |
| **CONSUMER BENEFIT SERVICES, INC.**, an Illinois Corporation, **CBS SERVICES CORP.**, an Illinois Corporation, **WSMM CHI, INC**, an Illinois Corporation and **AUGEO AFFINITY MARKETING**, a foreign corporation. | ) ) ) ) ) ) ) ) ) | **JURY TRIAL DEMANDED** |
| **Defendants** | ) | |

## STIPULATED DISMISSAL

Through their respective undersigned counsel, the parties respectfully advise this Honorable Court that they have settled and resolved this matter and hereby request the Court to enter an Order dismissing this case with prejudice. Parties to bear their respective costs and attorneys fees.


Date:  April 10, 2014                            */s/ Luke A. Casson*
                                                                Luke A. Casson
                                                                Andreou & Casson, Ltd.
                                                                Attorneys for Plaintiff
                                                                661 W. Lake Street, Suite 2N
                                                                Chicago, IL  60604


Date:  April 10, 2014                            */s/Peter Lubin*
                                                                Mr. Peter Lubin
                                                                DiTommaso Lubin
                                                                17W 220 22nd Street, Suite 410
                                                                Oakbrook Terrace, Illinois 60181