## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JUDE AGUGBA, ) <br> ) <br> **Plaintiff** ) <br> ) <br> vs. ) <br> ) <br> CONSUMER BENEFIT SERVICES, ) <br> INC., an Illinois Corporation, CBS ) <br> SERVICES CORP., an Illinois ) <br> Corporation, WSMM CHI, INC, an ) <br> Illinois Corporation and AUGEO ) <br> AFFINITY MARKETING, a foreign ) <br> corporation. ) <br> ) <br> **Defendants** ) | Case No. 2013 C 3416 <br> Judge Harry Leinenweber <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF FILING

TO:   All counsel of record

PLEASE TAKE NOTICE that on the **10TH Day of APRIL, 2014**, we will have caused to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **STIPULATION OF DISMISSAL OF ACTION**, a copy of which is hereto attached.

ANDREOU & CASSON, LTD.
Attorneys for Plaintiff
661 West Lake St., Suite 2N
Chicago, Illinois 60661
PH:  (312) 935-2000
FX:  (312) 935-2001

## PROOF OF SERVICE

The undersigned, an attorney, under penalties as provided by law pursuant to Ill. Rev. Stat. Chap. 110 Sec. 1-109, hereby certify and state that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all CM/ECF participants of record on this 10TH day of APRIL, 2014.

                                                                                          */s/ Luke A. Casson*